IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAKWINDER SINGH,

      Petitioner,                    No. CIV S-08-0211 MCE EFB P

   vs.

D.K. SISTO, et al.,

      Respondents.               ORDER

_____/

      Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254.

      A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a). Petitioner has neither paid the fee nor submitted an application for leave to proceed *in forma pauperis*.

      Within 30 days from the day this order is served, petitioner may submit either the filing fee or the application required by section 1915(a). Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

      Petitioner has requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d

1

453, 460 (9th Cir. 1996).  The court may appointment counsel at any stage of the proceedings "if the interests of justice so require."  *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases.  The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

Accordingly, it hereby is ORDERED that:

1.  The Clerk of the Court is directed to mail to petitioner a form application for leave to proceed *in forma pauperis*;

2.  Within 30 days from the day this order is served, petitioner shall submit either the filing fee or the application required by section 1915(a).  Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

3.  Petitioner's January 29, 2008 motion for appointment of counsel is denied without prejudice.

DATED:  March 6, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2