IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAKWINDER SINGH,

      Petitioner,                      No. CIV S-08-0211 MCE EFB P

   vs.

D.K. SISTO, et al.,

      Respondents.                 ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to file a response to the January 29, 2008 petition. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that respondent's August 8, 2008, request is granted and respondent has 60 days from the date this order is served to file a response.

Dated: September 15, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE