IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAKWINDER SINGH,

    Petitioner,                    No. CIV S-08-0211 MCE EFB P

    vs.

D.K. SISTO, et al.,

    Respondents.          ORDER

                                /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested a second extension of time to file a response to the January 29, 2008 petition. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that respondent's November 14, 2008, request is granted and respondent has 30 days from the date this order is served to file a response. The court does not intend to grant any further extensions of time.

Dated: November 18, 2008.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE