IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAKWINDER SINGH,

    Petitioner,               No. CIV S-08-0211 MCE EFB P

    vs.

D.K. SISTO, et al.,

    Respondents.      ORDER

_____/

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 24, 2008, petitioner requested an extension of time to file a traverse. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that petitioner's December 24, 2008 request for extension of time is granted and petitioner has until February 2, 2009 to file and serve a traverse.

DATED: December 31, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE