IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKWINDER SINGH,<br><br>　　　　　　　Petitioner,<br><br>　vs.<br><br>BEN CURRY, Warden, Correctional Training Facility, Soledad,<br><br>　　　　　　　Respondent. | No. 2:08-cv-00211-JKS<br><br>ORDER<br>[Re: Motions at Docket Nos. 30 and 31] |

At Docket No. 30 Petitioner Lakwinder Singh, a state prisoner proceeding *pro se*, has filed a Motion for Leave to File a late Application for Certificate of Appealability ("COA"). Essentially, Singh requests an extension of time to seek a COA in the appellate court after this Court denied a COA in its Order at Docket No. 28.

This Court entered its final judgment in this matter on January 14, 2010. The last day to file a notice of appeal was 30 days after entry of the judgment, Tuesday, February 16, 2010.[1] The motion at Docket No. 30 is dated April 12, 2010, and was initially filed in the Central District of California on April 14, 2010, and filed in this Court on the same date. This Court may extend the time to file a notice of appeal upon the motion of a party, provided that the motion to extend the time is filed not later than 30 days after the time to appeal has expired.[2] Thus, the last day for

---

[1] Fed. R. App. P. 4(a)(1). The 30th day was Saturday February 13, 2010, and Monday February 15, 2010, was a federal holiday. Fed. R. App. P. 26(a)(1)(C).

[2] Fed. R. App. P. 4(a)(5)(A)(I). The Court assumes without deciding that the same rule
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(continued...)

Singh to move this Court to extend the time to appeal was March 17, 2010. Singh's motion was at least 26 days late. Consequently, this Court lacks authority to extend the time for Singh to file either a Notice of Appeal or a Request for a Certificate of Appealability.

**IT IS THEREFORE ORDERED THAT** the Motion for Leave to File a Late Application for Certificate of Appealability Following Denial of District Court at Docket No. 30, and the Motion for Certificate of Appealability Following Denial of District Court at Docket No. 31 are **DENIED**.

Dated: September 13, 2010.

/s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge

---

[2](...continued)
would permit extending the time to request a COA from the court of appeals when the district court declines to issue a COA. A COA is a prerequisite to filing a notice of appeal. There is no specific rule authorizing this Court to extend the time for seeking a COA in the Court of Appeals where, as here, this Court declined to issue a COA.